| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Barker Sleep Medicine Professionals, PLLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Barker Sleep Institute** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-2766670** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1388 Papermill Pointe Way**<br>**Knoxville, TN 37909**<br>Number, Street, City, State & ZIP Code<br><br>**Knox**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Barker Sleep Medicine Professionals, PLLC**    Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **Barker Sleep Medicine Professionals, PLLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Barker Sleep Medicine Professionals, PLLC** _____ Case number (*if known*) _____
Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Barker Sleep Medicine Professionals, PLLC**_____  Case number (*if known*)_____
       Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 11, 2023**
             MM / DD / YYYY

**X /s/ Rosanne S. Barker**                              **Rosanne S. Barker**
Signature of authorized representative of debtor         Printed name

Title _____

**18. Signature of attorney**

**X /s/ Maurice K. Guinn**                               Date **December 11, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Maurice K. Guinn 000366**
Printed name

**Gentry, Tipton and McLemore, PC**
Firm name

**P.O. Box 1990**
**Knoxville, TN 37901**
Number, Street, City, State & ZIP Code

Contact phone  **(865) 525-5300**      Email address  **mkg@tennlaw.com**

**000366 TN**
Bar number and State

Sept 23

# Barker Sleep Medicine Professionals, PLLC
## Statement of Assets, Liabilities & Equity - Tax Basis
Substantially All Disclosures Required by the Tax Basis of Accounting Omitted
As of September 30, 2023 & September 30, 2022

| | September 30, 2023 | September 30, 2022 | Variance ($) |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
| **Checking/Savings** | | | |
| 1023 · Cash - Truist Deposit | $ 129 | $ - | $ - |
| 1012 · Truist - Operating | - | 271 | (271) |
| 1014 · Truist Checking | 3,091 | - | 3,091 |
| 1015 · Truist Payroll Account | 225 | 1 | 224 |
| 1020 · Cash - Savings Truist | 1,362 | 3,801 | (2,439) |
| 1024 · Cash - Pinnacle - Operating | 722 | - | 722 |
| 1025 · Cash - Pinnacle - Payroll | 1 | - | 1 |
| 1026 · Cash - Pinnacle - Debit Card | 1 | - | 1 |
| 1027 · Cash - Pinnacle - Savings | 1 | - | 1 |
| **Total Checking/Savings** | 5,532 | 4,073 | 1,459 |
| **Other Current Assets** | | | |
| 1621 · Security and Utility Deposits | 4,641 | 4,641 | - |
| **Total Other Current Assets** | 4,641 | 4,641 | - |
| **Total Current Assets** | 10,173 | 8,714 | 1,459 |
| **Fixed Assets** | | | |
| 1410 · Furniture & Fixtures | | | |
| 1410-1 · Furniture & Fixtures-Knoxvill | 104,924 | 104,924 | - |
| 1410-2 · Furniture & Fixtures-Seviervill | 4,054 | 4,054 | - |
| Total 1410 · Furniture & Fixtures | 108,978 | 108,978 | - |
| 1420 · Equipment | | | |
| 1420-1 · Equipment-Knoxville | 107,029 | 104,225 | 2,804 |
| 1420-2 · Equipment - Sevierville | 3,059 | 3,059 | - |
| Total 1420 · Equipment | 110,088 | 107,284 | 2,804 |
| 1421 · Computer Software | | | |
| 1421-1 · Computer Software - Knoxville | 52,239 | 52,239 | - |
| 1421-2 · Computer Software - Sevierville | 26,637 | 26,637 | - |
| Total 1421 · Computer Software | 78,876 | 78,876 | - |
| 1423 · Computers and Printers | | | |
| 1423-1 · Computers & Printers-Knoxvile | 399,696 | 399,696 | - |
| 1423-2 · Computers & Printers-Seviervill | 124,775 | 124,775 | - |
| Total 1423 · Computers and Printers | 524,471 | 524,471 | - |
| 1430 · Leasehold Improvements | | | |
| 1430-1 · Leasehold Improvements-Knoxvill | 297,217 | 297,217 | - |
| 1430-2 · Leasehold Improvements - Sevier | 15,063 | 15,063 | - |
| Total 1430 · Leasehold Improvements | 312,280 | 312,280 | - |
| 1510 · Accum Depreciation | (1,129,197) | (1,124,770) | (4,427) |
| **Total Fixed Assets** | 5,496 | 7,119 | (1,623) |
| **Other Assets** | | | |
| 1600 · Organizational Costs | 1,760 | 1,760 | - |
| 1605 · Goodwill | 30,000 | 30,000 | - |
| 1612 · Loan Fees - Pinnacle | 18,955 | - | 18,955 |
| 1610 · Accum Amortization | (33,565) | (31,694) | (1,871) |
| **Total Other Assets** | 17,150 | 66 | 17,084 |
| **TOTAL ASSETS** | 32,819 | 15,899 | 16,920 |

These financial statements have not been subjected to an audit, review, or compilation engagement. No assurance in provided on them.

# Barker Sleep Medicine Professionals, PLLC
## Statement of Assets, Liabilities & Equity - Tax Basis
### Substantially All Disclosures Required by the Tax Basis of Accounting Omitted
### As of September 30, 2023 & September 30, 2022

|  | September 30, 2023 | September 30, 2022 | Variance ($) |
|---|---:|---:|---:|
| **LIABILITIES & EQUITY** | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts Payable | | | |
| 2000 · Accounts Payable | 21,847 | - | 21,847 |
| Total Accounts Payable | 21,847 | - | 21,847 |
| Credit Cards | | | |
| 2004 · Credit Card Payable-Pinnacle | 4,819 | 12,972 | (8,153) |
| Total Credit Cards | 4,819 | 12,972 | (8,153) |
| Other Current Liabilities | | | |
| 2006 · Cash Overdrafts | 110 | 4,115 | (4,005) |
| 2245 · 401 (k) Payable | - | 22,186 | (22,186) |
| 2400 · Payroll Liabilities | 280 | 837 | (557) |
| 2261 · Current Portion of Long Term Debt | 199,090 | 35,677 | 163,413 |
| 2272 · Kapitus Funding 3 | 69,106 | 94,265 | (25,159) |
| 2271 · Payable to Dr. Barker | 13,600 | - | 13,600 |
| 2273 · Legend Funding | - | 39,881 | (39,881) |
| 2274 . Legend Financing | - | 35,663 | (35,663) |
| 2276 . New Co Capital Group | - | 28,226 | (28,226) |
| 2278 . U GFE Holdings | - | 34,093 | (34,093) |
| 2279 · Rapid Finance | 44,488 | - | 44,488 |
| 2282 · On Deck LOC | 21,303 | - | 21,303 |
| Total Other Current Liabilities | 347,977 | 294,943 | 53,034 |
| **Total Current Liabilities** | 374,643 | 307,915 | 66,728 |
| | | | |
| **Long-Term Liabilities** | | | |
| 2261 · Pinnacle Bank | 208,033 | - | 208,033 |
| 2277 · Pinnacle Bank | 418,892 | 534,231 | (115,339) |
| 2650 · Financial Lease #1 - Leaf | 5,411 | 9,095 | (3,684) |
| 2655 · Financial Lease #2 - Leaf | 100,755 | 129,783 | (29,028) |
| 2656 . Financial Lease #3 - Leaf | 4,415 | 6,479 | (2,064) |
| 2657 . Financial Lease #4 - Leaf | 4,196 | 6,430 | (2,234) |
| 2281 · On Deck | 19,839 | - | 19,839 |
| 2999 · Less Current Portion | (199,090) | (35,677) | (163,413) |
| **Total Long-Term Liabilities** | 562,451 | 650,341 | (87,890) |
| | | | |
| **Total Liabilities** | 937,094 | 958,256 | (21,162) |
| **Equity** | | | |
| 2720 · Owner's Equity | (740,847) | (823,467) | 82,620 |
| 2750 · Rosanne Barker, MD - Draw | | | |
| 2730 · Rosanne Barker - BC/BS | (5,698) | (6,220) | 522 |
| 2745 · Rosanne Barker - Income Tax | - | (82,000) | 82,000 |
| 2750 · Rosanne Barker, MD - Draw - Other | (90,186) | (685,465) | 595,279 |
| Total 2750 · Rosanne Barker, MD - Draw | (95,884) | (773,685) | 677,801 |
| Net Income | (67,544) | 654,795 | (722,339) |
| **Total Equity** | (904,275) | (942,357) | 38,082 |
| **TOTAL LIABILITIES & EQUITY** | $ 32,819 | $ 15,899 | $ 16,920 |

These financial statements have not been subjected to an audit, review, or compilation engagement. No assurance in provided on them.

Case 3:23-bk-32132-SHB   Doc 1   Filed 12/11/23   Entered 12/11/23 14:56:24   Desc
Main Document    Page 8 of 15

## Barker Sleep Medicine Professionals, PLLC
### Statements of Revenues & Expenses - Tax Basis
Substantially All Disclosures Required by the Tax Basis of Accounting Omitted
For the Nine Months Ended Septembe 2023 & 2022

|  | Jan - Sep 2023 | Jan - Sep 2022 | Variance ($) | % of Income |
|---|---:|---:|---:|---:|
| **Income** | | | | |
| 3110 · Patient Receipts | | | | |
|   3110 · Patient Receipts | $ 711,877 | $ 1,475,943 | $ (764,066) | 100.0% |
|   3115 · Less Refunds | - | (780) | 780 | 0.0% |
| Total 3110 · Patient Receipts | 711,877 | 1,475,163 | (763,286) | 99.9% |
| 3130 · Miscellaneous Income | 37,088 | - | 37,088 | 4.95% |
| **Total Income** | 748,965 | 1,475,163 | (726,198) | 100.0% |
| **Cost of Goods Sold** | | | | |
| 5000 · Cost of Goods Sold | 6,312 | 6,137 | 175 | 0.8% |
| **Total COGS** | 6,312 | 6,137 | 175 | 0.8% |
| **Gross Profit** | 742,653 | 1,469,026 | (726,373) | 99.2% |
| **Expense** | | | | |
| 5030 · Payroll | 310,669 | 431,808 | (121,139) | 41.5% |
| 5100 · Payroll Taxes | 24,754 | 34,035 | (9,281) | 3.3% |
| 5300 · Contract Service | 135,182 | 28,685 | 106,497 | 18.0% |
| 5320 · Legal & Accounting | | | | |
|   5320-01 · Legal | 11,190 | 2,633 | 8,557 | 1.5% |
|   5320-02 · Accounting | 5,075 | 6,768 | (1,693) | 0.7% |
| Total 5320 · Legal & Accounting | 16,265 | 9,401 | 6,864 | 2.2% |
| 5321 · Computer and Technical Support | 7,066 | 11,776 | (4,710) | 0.9% |
| 5400 · Rent Expense | 85,095 | 105,738 | (20,643) | 11.4% |
| 5410 · Equipment Lease | 7,136 | 8,405 | (1,269) | 1.0% |
| 5430 · Repairs & Maintenance | 1,671 | 1,945 | (274) | 0.2% |
| 5440 · Telephone & Answering Service | 9,206 | 8,810 | 396 | 1.2% |
| 5441 · Postage and shipping expense | 1,752 | 3,605 | (1,853) | 0.2% |
| 5445 · Utilities | 17,859 | 19,812 | (1,953) | 2.4% |
| 5450 · Depreciation Expense | 851 | 2,319 | (1,468) | 0.1% |
| 5455 · Amoritization | 1,805 | 199 | 1,606 | 0.2% |
| 5480 · Laundry & Uniforms | 163 | 1,649 | (1,486) | 0.0% |
| 5500 · Dues, Books, Subscriptions | 5,098 | 1,051 | 4,047 | 0.7% |
| 5504 . Education - Staff | 141 | - | 141 | 0.0% |
| 5506 · Patient -- Meals | 1,512 | 2,875 | (1,363) | 0.2% |
| 5510 · Travel & Seminars | 2,456 | 1,130 | 1,326 | 0.3% |
| 5520 · Meals & Entertainment | - | 74 | (74) | 0.0% |
| 5600 · Billing & Collection | 26,174 | 15,279 | 10,895 | 3.5% |
| 5610 · Office Expense | 10,165 | 13,362 | (3,197) | 1.4% |
| 5630 · Medical Supplies | 6,648 | 15,731 | (9,083) | 0.9% |
| 5632 · CPAP Supplies | 447 | - | 447 | 0.1% |
| 5710 · Loan - Interest | 92,606 | 39,806 | 52,800 | 12.4% |
| 5800 · Insurance - General | 8,922 | 8,806 | 116 | 1.2% |
| 5830 · Insurance - Group Health | 21,707 | 32,563 | (10,856) | 2.9% |
| 5840 · Licenses | 611 | 301 | 310 | 0.1% |
| 5900 · Miscellaneous Expense | 1,093 | 1,696 | (603) | 0.1% |
| 5970 · Bank Charges | 3,179 | 617 | 2,562 | 0.4% |
| 5990 · Advertising & Promotion | | | | |
|   5990-06 · Direct Provider Mkt- Mileage | - | 270 | (270) | 0.0% |
|   5990-07 · Marketing Items | 168 | 2,730 | (2,562) | 0.0% |
| Total 5990 · Advertising & Promotion | 168 | 3,000 | (2,832) | 0.0% |
| 5991 · Marketing | 471 | 87 | 384 | 0.1% |
| 5995 · Recruitment | 3,332 | 629 | 2,703 | 0.4% |
| 6031 · Tennessee and Local Taxes | 4,870 | 6,569 | (1,699) | 0.7% |
| 6032 · Sales Tax - TN | 1,123 | 2,443 | (1,320) | 0.1% |
| 6602 · Background checks - staff | - | 25 | (25) | 0.0% |
| **Total Expense** | 810,197 | 814,231 | (4,034) | 108.2% |
| **Net Income** | $ (67,544) | $ 654,795 | $ (722,339) | -9.0% |

These financial statements have note been subjected to an audit, review or compilation engagement. No assurance is provided on them.

## Barker Sleep Medicine Professionals, PLLC
**Statements of Cash Flows - Tax Basis**
Substantially All Disclosures Required by the Tax Basis of Accounting Omitted
For the Nine Months Ended September 30, 2023 & September 30, 2022

| | Jan - Sep 2023 | Jan - Sep 2022 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net Income | $ (67,544) | $ 654,795 |
| Net Cash Provided by Operating Activities: | | |
| Amortization | 1,805 | 199 |
| Depreciation | 851 | 2,319 |
| (Decrease) Increase in Accounts Payable | 21,788 | (11,611) |
| (Decrease) Increase in Credit Card Payable | (8,153) | - |
| (Decrease) Increase in Cash Overdrafts | (14,023) | 4,116 |
| (Decrease) Increase in Retirement Plan Payable | - | - |
| (Decrease) Increase in 401 K Payable | - | (427) |
| (Decrease) Increase in Payroll Liabilities | (6,340) | (4,735) |
| Total Cash Provided (Used) by Operating Activities | (71,616) | 644,656 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Purchase of Fixed Assets | - | (1,248) |
| Total Cash Provided (Used) by Investing Activities | - | (1,248) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| (Decrease) Increase in Note Payable - Pinnacle | 208,033 | - |
| (Decrease) Increase in Note Payable - Pinnacle (IRS) | (27,084) | |
| Decrease (Increase) in Loan Fees - Pinnacle | (18,955) | - |
| (Decrease) Increase in Note Payable - Dr. Barker | 5,300 | - |
| (Decrease) Increase in Leases Payable | (26,735) | (32,004) |
| (Decrease) Increase in Kapitus Funding Loan | - | (49,540) |
| (Decrease) Increase in Kapitus Funding Loan 2 | - | (27,207) |
| (Decrease) Increase in Kapitus Funding Loan 3 | (14,047) | 94,265 |
| (Decrease) Increase in Legend Funding Loans | (529) | 75,543 |
| (Decrease) Increase in Rapid Finance Loan | (3,130) | - |
| (Decrease) Increase in On-Deck Line of Credit | 21,303 | - |
| (Decrease) Increase in On-Deck Loan | 19,840 | - |
| (Decrease) Increase in New Co Capital Group Loan | - | 28,226 |
| (Decrease) Increase inU GFE Holdings Loan | - | 34,093 |
| Decrease (Increase) in Shareholder Distributions - Direct Payments to Dr. Barker | (81,506) | (685,465) |
| Decrease (Increase) in Shareholder Distributions - 2021 Tax Liability Payments | - | (32,000) |
| Decrease (Increase) in Shareholder Distributions - 2022 Tax Liability Payments | - | (50,000) |
| Decrease (Increase) in Shareholder Distributions - Health Insurance on Behalf of Dr. Barker | (5,697) | (6,220) |
| Total Cash Provided (Used) by Financing Activities | 76,793 | (650,309) |
| **NET CHANGE IN CASH AND EQUIVALENTS** | 5,177 | (6,901) |
| Beginning Cash and Equivalents | 355 | 10,974 |
| **ENDING CASH AND EQUIVALENTS** | $ 5,532 | $ 4,073 |

These financial statements have not been subject to an audit, review, or compilation engagement. No assurance is provided on them.

```
Adtel
P.O. Box 188
Addison, TX 75001

AirAvant Medical
1701 W. Hillsboro Blvd.
Suite 303
Deerfield Beach, FL 33441

BHG Financial
10234 West State Road 84
Davie, FL 33324

BlueCross BlueShield of Tennessee
One Cameron Hill Circle
Chattanooga, TN 37402

BMC
Great American Financial
P.O. ox 660831
Dallas, TX 75266

Cardmember Services
Pinnacle Bank - Mastercard
P.O. Box 306005
Nashville, TN 37230

Cerner Healthcare Solutions, PLLC
P.O. Box 959156
Saint Louis, MO 63195-9156

Comcast Cable
P.O. Box 105257
Atlanta, GA 30348-5257

Compumedics USA, Inc.
P.O. Box 480238
Charlotte, NC 28269

Contour Products
P.O. Box 896981
Charlotte, NC 28289-6981

Day & Company
508 Ebenezer Road
Knoxville, TN 37923-5306

DFS Properties
2950 Middlebrook Pike
Knoxville, TN 37921

Five Star Food Service
P.O. Box 733261
Dallas, TX 75373
```

```
Fleenor Security Systems
P.O. Box 3903
Johnson City, TN 37602-3903

GAMA Network Solutions
9219 Middlebrook Pike
Suite 300
Knoxville, TN 37931

GFE
27-01 Queen Plaza North
Suite 802
Long Island City, NY 11101

Great American Financial Services
P.O. Box 660831
Dallas, TX 75266

Itamar Medical Inc.
P.O. Box 841940
Boston, MA 02284-1940

Johnson Management
618 South Gay Street
L-5
Knoxville, TN 37902

Joshua Provost
25852 McBean Pkwy
Suite 801
Santa Clarita, CA 91355

Kapitus, LLC
2500 Wilson Blvd.
Suite 350
Arlington, VA 22201

Kego FMI Diagnostic Solutions
9850 Von Allmen Court
Suite 201
Louisville, KY 40241

Labor Install Equip
Leaf
1720A Crete Street
Moberly, MO 65270

Labor IT
Leaf
1720A Crete Street
Moberly, MO 65270

Larry's Locksmith
6112 Creekhead Drive
Knoxville, TN 37909
```

```
Leaf Capital Funding
1720A Crete Street
Moberly, MO 65270

Legend Funding
800 Brickell Ave.
Miami, FL 33131

MCA Debt Advisors
1001 State Street
Suite 1400
Erie, PA 16501

MMS Concordance Healthcare Solutions
P.O. Box 94631
Cleveland, OH 44101

Nature's Big Spring Water
P.O. Box 954
Calhoun, GA 30703

Nored Telecom, Inc.
3925 Papermill Drive
Knoxville, TN 37909

OnDeck
1400 Broadway
New York, NY 10018

OnDeck Capital, Inc.
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009

Pinnacle Bank
150 Third Avenue
Suite 900
Nashville, TN 37201

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250

Pokeys & Sports
335 W. Broadway
Maryville, TN 37801

Powell Auction & Realty, LLC
6729 Pleasant Ridge Road
Knoxville, TN 37921
```

```
Quality Plumbing & Mechanical
405 Donovans Lane
Kodak, TN 37764

Rapid Finance Services
4500 East West Highway
6th Floor
Bethesda, MD 20814

Robin McNabb
McNabb Law
11002 Kingston Pike
Ste. 104
Knoxville, TN 37934

Rosanne Barker
620 Walker Springs Road
Knoxville, TN 37923

Rosanne Barker
1388 Papermil Pointe Way
Knoxville, TN 37909

RPM Billing LLC
2031 32nd Street
La Crosse, WI 54601

Salter Labs
8399 Solutions Center
Chicago, IL 60677-8003

Small Business Financial Solutions
4500 East West Highway
6th Floor
Bethesda, MD 20814

Square
1955 Broadway
Ste. 600
Oakland, CA 94612

Staples - Business Credit
P.O. Box 105638
Atlanta, GA 30348-5638

State of Tennessee - Tenncare
c/o Tennessee Attorney's General Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Testing Computers Software
Leaf
1720A Crete Street
Moberly, MO 65270
```

```
Timothy A. Hennigan
Nguyen/Ballato
2201 Libbee Ave.
Richmond, VA 23230

United States Attorney's Office
Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902

Vital Records Control
Dept. 5874
P.O. Box 11407
Birmingham, AL 35246-5874

Windstream Communications, Inc.
P.O. Box 9001950
Louisville, KY 40290-1950
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Barker Sleep Medicine Professionals, PLLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Barker Sleep Medicine Professionals, PLLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 11, 2023**
Date

**/s/ Maurice K. Guinn**
**Maurice K. Guinn 000366**
Signature of Attorney or Litigant
Counsel for **Barker Sleep Medicine Professionals, PLLC**
**Gentry, Tipton and McLemore, PC**
**P.O. Box 1990**
**Knoxville, TN 37901**
**(865) 525-5300 Fax:(865) 523-7315**
**mkg@tennlaw.com**